UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:13-CR-030 JD |
| ) | |
| GILBERTO GALINDO-LOPEZ a/k/a ) | |
| GABRIEL RAMIREZ (02) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 2, 2013 [DE 31]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Gilberto Galindo-Lopez a/k/a Gabriel Ramirez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  May 31, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court