UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:13-CR-030 JD |
| | ) | |
| FRANCISCO PEREZ (01) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 2, 2013 [DE 30]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Francisco Perez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   May 31, 2013

                                  /s/ JON E. DEGUILIO
                                  Judge
                                  United States District Court